

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. Kennedy
County Attorney
Bee County
Beeville, Texas

Dear Sir:

Opinion No. 0-2610
Re: Employment of foreign
county attorney by Com-
missioners' Court for
delinquent tax collec-
tion.

This will acknowledge receipt of your letter of August 8, 1940, requesting the opinion of this department upon the following question:

"Can the Commissioners' Court of this county award a contract for collection of delinquent taxes, on a percentage basis, to an attorney who is serving as county attorney in another county?"

Article 7335, Vernon's Annotated Civil Statutes, reads as follows:

"Whenever the commissioners court of any county after thirty days written notice to the county attorney or district attorney to file delinquent tax suits and his failure to do so, shall deem it necessary or expedient, said court may contract with any competent attorney to enforce or assist in the enforce- ment of the collection of any delinquent State and county taxes for a per cent on the taxes, penalty and interest actually collected, and said court is further authorized to pay for an abstract of property assessed or unknown and unrendered from the taxes, interest and penalty to be collected on such lands, but all such payment and expenses shall be con- tingent upon the collection of such taxes,

Honorable O. Kennedy, Page 2

penalty and interest. It shall be the duty
of the county attorney, or of the district
attorney, where there is no county attorney,
to actively assist any person with whom such
contract is made, by filing and pushing to a
speedy conclusion all suits for collection
of delinquent taxes, under any contract made
as herein above specified; provided that
where any district or county attorney shall
fail or refuse to file and prosecute such
suits in good faith, he shall not be entitled
to any fees therefrom, but such fees shall
nevertheless be collected as a part of the
costs of suit and applied on the payment of
the compensation allowed the attorney prosecut-
ing the suit, and the attorney with whom such
contract has been made is hereby fully em-
powered and authorized to proceed in such
suits without the joinder and assistance of
said county or district attorneys."

Under Article 7335, it lies within the discretion
of the Commissioners' Court to employ any competent attorney
to collect delinquent State and county taxes. A fortiore
the court may employ an attorney who by coincidence is
county attorney in another county, unless his employment
is precluded by another statute.

Article 336, Vernon's Annotated Civil Statutes,
reads as follows:

"No district or county attorney shall
take any fee, article of value, compensation,
reward or gift or any promise thereof, from
any person whomsoever, to prosecute any case
which he is required by law to prosecute, or
consideration of or as a testimonial for his
services in any case which he is required by
law to prosecute, either before or after
such case has been tried and finally deter-
mined."

In Lattimore vs. Tarrant County (C. C. A. 1909),
124 S. W. 205, a question was raised under the above quoted
Article as to the employment of the county attorney by the
Commissioners' Court of his own county for representation
in matters not involving his official duties and the court
said:

Honorable O. Kennedy, Page 3

> "* * * the commissioners' court may
> lawfully employ the county attorney to
> represent the interest of their county
> in any cause where such duty is not en-
> joined upon him by law. Browning v.
> Tarrant County, 11 S. W. 748. In other
> words, article 899, Sayles' Ann. Civ. St.
> 1897, which makes it unlawful for a county
> attorney to accept any fee, article of
> value, compensation, reward or gift, for
> the prosecution of any case, or for services
> in any case, applies only to cases which he
> 'is required by law to prosecute.'"

It is clear beyond question that the county attor-
ney of one county has no official duty to represent another
county in delinquent tax matters. It is therefore the opinion
of this department and you are respectfully advised that his
employment by the other county being in no way antagonistic
to his duties toward his own county as its attorney, the Com-
missioners' Court of the foreign county may employ such coun-
ty attorney to represent the foreign county in delinquent
tax matters under Article 7335 of Vernon's Annotated Civil
Statutes.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _James D. Smullen_
James D. Smullen
Assistant

APPROVED AUG 15, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

JDS:RS